Kenneth R. Adamo (*pro hac vice*)
    kradamo@kirkland.com
Brent P. Ray (*pro hac vice*)
    brent.ray@kirkland.com
Elizabeth A. Cutri  (*pro hac vice*)
    elizabeth.cutri@kirkland.com
Ryan M. Hubbard (*pro hac vice*)
    ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Dang (SBN 254221)[1]
    lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Defendant IBM*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>Defendant. | Case No. 5:16-cv-1266-EJD<br><br>**STIPULATED MOTION TO EXTEND FACT DISCOVERY COMPLETION FOR LIMITED PURPOSE OF TAKING DEPOSITION OF WASSEF KASSIS** |

---

[1]   Withdrawal of Archit P. Shah as counsel for defendant International Business Machines Corporation ("IBM"), and substitution of Mr. Shah with Lien Dang, is the subject of IBM's pending Motion for Withdrawal and Substitution of Counsel (D.I. 166).

1    Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs PersonalWeb Technologies LLC

2  ("PersonalWeb") and Level 3 Communications, LLC ("Level 3") and Defendant International Business

3  Machines Corporation ("IBM"), by and through their counsel of record, hereby jointly submit the

4  following stipulation and proposed order extending the deadline for the close of fact discovery for the

5  limited purpose of completing the fact deposition of Wassef Kassis.  (*See* Ex. A.)  The Patent

6  Scheduling Order set the fact discovery cut-off as November 18, 2016.

7    WHEREAS the Patent Scheduling Order (Dkt. 165) set a fact discovery cut-off of November 18,

8  2016;

9    WHEREAS the parties have met and conferred in good faith regarding deposition scheduling;

10    WHEREAS the parties determined that the best availability of third party deponent, Wassef

11  Kassis, and the parties is November 21, 2016;

12    WHEREAS no previous time modifications have been sought in this Court;

13    WHEREAS the extension of time for this limited purpose will not affect the schedule for the

14  case;

15    NOW THEREFORE, PersonalWeb, Level 3, and IBM agree and stipulate that extension of the

16  fact discovery deadline for the limited purpose of taking the deposition of Wassef Kassis is necessary to

17  complete fact discovery in this case.

18

19                                    *       *       *       *

20

21  Dated: November 14, 2016

22

23

24

25

26

27  STIPULATED MOTION TO EXTEND                                  5:16-cv-1266-EJD

28  FACT DISCOVERY COMPLETION FOR
    LIMITED PURPOSE OF TAKING
    DEPOSITION OF WASSEF KASSIS

1

/s/ Lawrence M. Hadley

2

Lawrence M. Hadley
California State Bar No. 157728

3

lhadley@mckoolsmith.com
Phillip J. Lee

4

California State Bar No. 263063
plee@mckoolsmith.com

5

**McKOOL SMITH, P.C.**

6

865 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

7

Telephone: (213) 694-1200
Telecopier: (213) 694-1234

8

9

*Attorneys for Plaintiff PersonalWeb Technologies LLC*

10

11

/s/ /David D. Wier/

12

David D. Wier
Colorado State Bar No. 31983

13

David.Weir@Level3.com
**LEVEL 3 COMMUNICATIONS, LLC**

14

1025 Eldorado Boulevard
Broomfield, CO 80021

15

16

*Attorneys for Plaintiff Level 3 Communications, LLC*

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Ryan M. Hubbard

Kenneth R. Adamo (*pro hac vice*)
    kradamo@kirkland.com
Brent P. Ray  (*pro hac vice*)
    brent.ray@kirkland.com
Elizabeth A. Cutri (*pro hac vice*)
    elizabeth.cutri@kirkland.com
Ryan M. Hubbard  (*pro hac vice*)
    ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Deng (SBN 254221)
    lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Defendant IBM*

STIPULATED MOTION TO EXTEND FACT
DISCOVERY COMPLETION FOR LIMITED
PURPOSE OF TAKING DEPOSITION OF
WASSEF KASSIS

5:16-cv-1266-EJD

## **CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of November 2016.

*/s/ Ryan M. Hubbard*
Ryan M. Hubbard