# Exhibit A

Kenneth R. Adamo (*pro hac vice*)
    kradamo@kirkland.com
Brent P. Ray (*pro hac vice*)
    brent.ray@kirkland.com
Elizabeth A. Cutri (*pro hac vice*)
    elizabeth.cutri@kirkland.com
Ryan M. Hubbard (*pro hac vice*)
    ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Dang (SBN 254221)
    lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
*Attorneys for Defendant IBM*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>Defendant. | Case No. 5:16-cv-1266-EJD<br><br>**[PROPOSED] ORDER ON STIPULATED MOTION TO EXTEND FACT DISCOVERY COMPLETION FOR LIMITED PURPOSE OF TAKING DEPOSITION OF WASSEF KASSIS** |

1    Before the Court is Defendant International Business Machines Corporation ("IBM") and
2    Plaintiffs PersonalWeb Technologies LLC ("PersonalWeb") and Level 3 Communications, LLC ("Level
3    3") Stipulated Motion to Extend Fact Discovery Completion for the Limited Purpose of Taking the
4    Deposition of Wassef Kassis.  The Stipulated Motion requests an extension of the fact discovery cut-off
5    to November 21, 2016.
6        PURSUANT TO STIPULATION, IT IS SO ORDERED.
7
8    DATED: _____, 2016        _____
9                                                                      The Honorable Edward J. Davila