Kenneth R. Adamo (*pro hac vice*)
    kradamo@kirkland.com
Brent P. Ray  (*pro hac vice*)
    brent.ray@kirkland.com
Elizabeth A. Cutri  (*pro hac vice*)
    elizabeth.cutri@kirkland.com
Ryan M. Hubbard  (*pro hac vice*)
    ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Dang (SBN 254221)
    lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Defendant IBM*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 5:16-cv-1266-EJD (NC)<br><br>**[PROPOSED] ORDER GRANTING IBM'S ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS UNDER SEAL** |

Pursuant to Civ. L.R. 7-11 and 79-5, International Business Machines Corporation ("IBM") filed an Administrative Motion to File Under Seal a Reply in Support of Motion to Dismiss on March 17, 2017.

Defendants have moved to file under seal portions or in their entirety the Reply in Support of the Motion to Dismiss ("the Reply") as well as Exhibits A and B to the Reply, as set forth in the table below. The Reply and exhibits discuss or contain confidential business information designated in accordance with Protective Orders applicable in this or other litigation filed by PersonalWeb. Accordingly, the Court grants Defendants' Administrative Motion as follows:

| Sections of Reply to be Sealed | Court's Order |
|---|---|
| Reply in Support of Motion to Dismiss: page i, line 10; page 1, lines 5, 8, 13–16, 20; page 8, line 16; page 8m lines 1–7, 12, 14, 16, 19–20; page 10, lines 1, 3–11, 20–23; page 11, lines 1–2 — contains IBM and third party confidential business information | Granted |
| Exhibit A — contains confidential business information as designated and previously sealed by PersonalWeb in other litigation | Granted |
| Exhibit B: page 1, lines 18–21; page 2, lines 2–3, 5–8, 10; page 4, lines 5–23 and 25; page 5; page 6, lines 1–17, 19–22; page 7, lines 5–22; page 9, lines 1–22, 24–26; page 10, lines 2–5, 9–22; page 11, lines 8–11, 21–24; page 12, lines 1–16 — contains confidential business information as designated and previously sealed by PersonalWeb in other litigation | Granted |

[PROPOSED] ORDER RE:
ADMINISTRATIVE MOTION TO FILE
REPLY IN SUPPORT OF MOTION TO
DISMISS UNDER SEAL

2

5:16-cv-1266-EJD (NC)

**IT IS SO ORDERED.**

DATED: __May 9_____, 2017    _____
                                   The Honorable Edward J. Davila