MCKOOL SMITH HENNIGAN, P.C.
Lawrence M. Hadley (SBN 157728)
lhadley@mckoolsmithhennigan.com
Phillip J. Lee (SBN 263063)
plee@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200;  F: (213) 694-1234

MCKOOL SMITH P.C.
Benjamin J. Christoff (*Pro Hac Vice*)
bchristoff@mckoolsmith.com
1999 K St. NW, Suite 600
Washington, D.C. 20006
T: (202) 370-8300;  F: (202) 370-8344

*Attorneys For Plaintiff
PersonalWeb Technologies, LLC*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | Case No. 5:16-cv-01266-EJD (NC) <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF PERSONALWEB'S ADMINISTRATIVE MOTION TO FILE PERSONALWEB'S OPPOSITION TO IBM'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT UNDER SEAL** |

Pursuant to the Northern District of California's Local Rules 7-11 and 79-5, Plaintiff PersonalWeb Technologies, LLC ("PersonalWeb") filed its Administrative Motion to File PersonalWeb's Opposition to IBM's Motion for Partial Summary Judgment and Partial Summary Judgment Under Seal.

PersonalWeb has moved to file under seal portions of its Opposition to IBM's Motion for Summary Judgment and Partial Summary Judgment ("Opposition") and exhibits thereto. These portions and exhibits discuss IBM's confidential information, including source code that is maintained as confidential by IBM. Accordingly, the Court grants PersonalWeb's Administrative Motion as follows:

| Sections of Opposition to be Sealed | Court's Order |
| --- | --- |
| Opposition, pp. 2, 14-16, 19-21, as indicated in the redacted copy filed with the motion to seal — excerpts and discusses confidential IBM source code | Granted. |
| Exhibit 2 to Opposition — discusses confidential IBM source code | Granted. |
| Exhibit 3 to Opposition — excerpts and discusses confidential IBM source code | Granted. |
| Exhibit 4 to Opposition — contains IBM's confidential information regarding Tivoli Storage Manager | Granted. |
| Exhibit 6 to Opposition — contains IBM's confidential information regarding Tivoli Storage Manager | Granted. |
| Exhibit 9 to Opposition — contains IBM's confidential information regarding Tivoli Storage Manager | Granted. |

| | |
|---|---|
| Exhibit 16 to Opposition — discusses confidential IBM source code | Granted. |

**IT IS SO ORDERED.**

Dated: May 9, 2017

_____
The Honorable Edward J. Davila

[PROPOSED] ORDER GRANTING PERSONALWEB'S MOTION TO FILE ITS OPP. TO IBM'S MOT. SUMM. J. UNDER SEAL

2

5:16-cv-01266-EJD (NC)