Kenneth R. Adamo (*pro hac vice*)
    kradamo@kirkland.com
Brent P. Ray  (*pro hac vice*)
    brent.ray@kirkland.com
Elizabeth A. Cutri  (*pro hac vice*)
    elizabeth.cutri@kirkland.com
Ryan M. Hubbard  (*pro hac vice*)
    ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Dang (SBN 254221)
    lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Defendant IBM*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 5:16-cv-1266-EJD<br><br>**[PROPOSED] ORDER GRANTING IBM'S ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF MOTION  FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT UNDER SEAL** |

Pursuant to Civ. L.R. 7-11 and 79-5, International Business Machines Corporation ("IBM") filed an Administrative Motion to File Under Seal a Reply in Support of Motion For Summary Judgment and Partial Summary Judgment ("the Reply") on March 24, 2017.

Defendants have moved to file under seal Exhibit 16 to the Reply in its entirety, as set forth in the table below. The Exhibit discusses or contains confidential business information designated in accordance with Protective Orders applicable in this litigation. Accordingly, the Court grants Defendants' Administrative Motion as follows:

| Sections of Reply to be Sealed | Court's Order |
|---|---|
| Exhibit 16 — contains IBM's confidential business information | Granted |

**IT IS SO ORDERED.**

DATED: __May 9_____, 2017          _____
                                         The Honorable Edward J. Davila

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT UNDER SEAL                    2                    5:16-cv-1266-EJD