UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Defendant. | Case No. 16-cv-01266-EJD<br><br>**ORDER RE REDACTION OF ORDER DENYING DEFENDANT'S MOTION TO DISMISS; GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 245 |

The Court's Order Denying Defendant's Motion to Dismiss and Granting in Part and Denying in Part Defendant's Motion for Partial Summary Judgment has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than May 16, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on May 16, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: May 9, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 16-cv-01266-EJD
ORDER RE REDACTION

1