Kenneth R. Adamo (*pro hac vice*)
   kradamo@kirkland.com
Brent P. Ray  (*pro hac vice*)
   brent.ray@kirkland.com
Elizabeth A. Cutri  (*pro hac vice*)
   elizabeth.cutri@kirkland.com
Ryan M. Hubbard  (*pro hac vice*)
   ryan.hubbard@kirkland.com
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Lien Dang (SBN 254221)
   lien.dang@kirkland.com
KIRKLAND & ELLIS LLP
3330 Hillview Ave.
Palo Alto, CA  94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

*Attorneys for Defendant IBM*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>Defendant. | Case No. 5:16-cv-1266-EJD<br><br>[PROPOSED] ORDER GRANTING IBM'S UNOPPOSED ADMINISTRATIVE MOTION TO FILE ORDER (DKT. 245)  UNDER SEAL IN PART |

Pursuant to Civ. L.R. 7-11, 79-5 and Dkt. 246, International Business Machines Corporation ("IBM") filed an Unopposed Administrative Motion to File Under Seal In Part the Court's May 9, 2017 Order (Dkt. 245) on May 16, 2017.

The parties have conferred and IBM has moved to file under seal the portions of Dkt. 245 as set forth in the table below. The Order discusses or contains IBM's and a third party's confidential business information, as designated in accordance with Protective Orders applicable in this litigation. Accordingly, the Court grants Defendants' Unopposed Administrative Motion as follows:

| Sections of Reply to be Sealed | Court's Order |
| --- | --- |
| Dkt. 245 – Order Denying Defendant's Motion to Dismiss; Granting in part Defendant's Motion for Partial Summary Judgment – page 4 lines 18 - 21 | Granted |

**IT IS SO ORDERED.**

DATED: May 18, 2017

The Honorable Edward J. Davila

[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION TO FILE ORDER (DKT. 245) UNDER SEAL IN PART
2
5:16-cv-1266-EJD