UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 16-cv-01266-EJD<br><br>**ORDER DENYING IBM'S ADMINISTRATIVE MOTION FOR A PRETRIAL CONFERENCE ON PERSONALWEB'S INDIRECT INFRINGEMENT THEORIES**<br><br>Re: Dkt. No. 250 |

Presently before the Court is IBM's administrative motion requesting that the Court schedule an additional pretrial conference, at its earliest convenience, "to ascertain what, if any, claims of indirect infringement PersonalWeb intends to bring at trial." Dkt. No. 250. Having carefully considered IBM's motion, the Court finds that no good cause exists to hold such a conference. Instead, the Court's Pretrial Order, issued February 13, 2017, provides an adequate schedule for pretrial disclosures and events. *See* Dkt. No. 210. Accordingly, IBM's administrative motion is DENIED.

**IT IS SO ORDERED.**

Dated: May 31, 2017

EDWARD J. DAVILA
United States District Judge