# EXHIBIT C

January 23, 2017, Expert Report of Rebecca Kirk Fair

Redacted Version Sought to be Sealed