1    Kenneth R. Adamo (*pro hac vice*)
         kradamo@kirkland.com
2    Brent P. Ray (*pro hac vice*)
         brent.ray@kirkland.com
3    Elizabeth A. Cutri  (*pro hac vice*)
         elizabeth.cutri@kirkland.com
4    Ryan M. Hubbard (*pro hac vice*)
         ryan.hubbard@kirkland.com
5    KIRKLAND & ELLIS LLP
     300 N. LaSalle
6    Chicago, IL  60654
     Telephone: (312) 862-2000
7    Facsimile: (312) 862-2200

8    Lien Dang (SBN 254221)
         lien.dang@kirkland.com
9    KIRKLAND & ELLIS LLP
     3330 Hillview Ave.
10   Palo Alto, CA  94304
     Telephone: (650) 859-7000
11   Facsimile: (650) 859-7500
     *Attorneys for Defendant IBM*

12

13              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                      SAN JOSE DIVISION

15   PERSONALWEB TECHNOLOGIES, LLC AND          Case No. 5:16-cv-1266-EJD
     LEVEL 3 COMMUNICATIONS, LLC,                        *** AMENDED ***
16
                  Plaintiffs,                   [PROPOSED] ORDER ON STIPULATED
17                                              MOTION TO WITHDRAW CERTAIN
     v.                                         MOTIONS, AMEND JOINT WITNESS LIST,
18                                              AND ADJUST OPPOSITION DEADLINE
     INTERNATIONAL BUSINESS MACHINES
19   CORPORATION,
                  Defendant.
20

21

22

23

24

25

26

27

28   [PROPOSED] ORDER  ON STIPULATED               1                    5:16-cv-1266-EJD
     MOTION TO WITHDRAW CERTAIN
     MOTIONS, AMEND JOINT WITNESS LIST,
     AND ADJUST OPPOSITION DEADLINE

1    Having considered the parties' Stipulated Motion to Withdraw Certain Motions, Amend Joint

2    Witness List, and Adjust Opposition Deadline filed July 18, 2017 and finding good cause;

3    IT IS HEREBY ORDERED that:

4    1.    Regarding PersonalWeb's Motion to Strike regarding Mr. Symon (Dkt. 274) and IBM's

5    Motion to Strike regarding PersonalWeb's witness list and undisclosed infringement theories (Dkt. 313),

6    the parties have reached the following stipulation:

- PersonalWeb will withdraw its Motion entirely;

- IBM will withdraw the portion of its Motion that relates to PersonalWeb's inclusion of Mr. Reedy, Mr. Eberly and Ms. Wong;

- PersonalWeb will serve an amended Joint Witness List (concurrently attached) that removes each of Mr. Reedy, Mr. Eberly and Ms. Wong;

- ·PersonalWeb will not amend its Witness List further to add additional individuals, with the exception of Mr. Symon (by deposition);

- IBM will make Mr. Symon available for deposition on July 21 in Los Angeles; and

- IBM will not object to PersonalWeb serving deposition designations regarding Mr. Symon after his deposition and adding Mr. Symon to its witness list.

2.    Regarding PersonalWeb's Motion in Limine 4 (Dkt. 272), the parties have reached the following stipulation:

- PersonalWeb will withdraw its Motion entirely;

- IBM will not pursue its licensing defense relating to the IBM-HP cross-license at trial; and

- PersonalWeb stipulates and agrees that IBM's arguments made in its Motion to Dismiss (Dkt. 212) are properly preserved for appeal, without putting the issues before the jury during the trial of this case, including IBM's argument (and bases therefor) that dismissal should be with prejudice.

[PROPOSED] ORDER  ON STIPULATED          2          5:16-cv-1266-EJD
MOTION TO WITHDRAW CERTAIN
MOTIONS, AMEND JOINT WITNESS LIST,
AND ADJUST OPPOSITION DEADLINE

3.      Regarding IBM's opposition to PersonalWeb's Motion to Strike Mr. Drew from IBM's witness list (Dkt. 317), the parties agree that IBM's opposition is due on July 20, rather than July 19 as originally entered on ECF.

This amended order replaces Dkt. No. 331, which order is withdrawn.

DATED: _____July 19_____, 2017

The Honorable Edward J. Davila

[PROPOSED] ORDER  ON STIPULATED        3                    5:16-cv-1266-EJD
MOTION TO WITHDRAW CERTAIN
MOTIONS, AMEND JOINT WITNESS LIST,
AND ADJUST OPPOSITION DEADLINE