UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Defendant. | Case No. 16-cv-01266-EJD<br><br>**ORDER RE REDACTION OF ORDER DENYING IBM'S RENEWED MOTION TO EXCLUDE/STRIKE THE OPINIONS OF DR. MICHAEL AKEMANN**<br><br>Re: Dkt. No. 370 |

The Court's Order Denying IBM's Renewed Motion to Exclude/Strike the Opinions of Dr. Michael Akemann has been filed under seal because it contains information that the Court previously allowed to be filed under seal due to its highly confidential and business-sensitive nature. The parties are ordered to meet and confer by no later than August 14, 2017 and submit proposed redactions to the Court's order (to the extent any redaction is required), as well as supporting declaration(s) and a proposed order. If no proposed redactions are received by 11:59 p.m. on August 14, 2017, the Court shall unseal the order in its entirety.

**IT IS SO ORDERED.**

Dated: August 7, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 16-cv-01266-EJD
ORDER RE REDACTION

1